# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DARLING REYNOLDS, | CASE NO. C11-cv-05185 JRC |
| Plaintiff, | ORDER AMENDING BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

Based on the stipulation of the parties (ECF No. 13), it is ORDERED that the briefing schedule is amended as follows:

Plaintiff's Opening Brief shall be due on or before 7/8/2011;

Defendant's Responsive Brief shall be due on or before 8/5/2011;

Plaintiff's optional Reply Brief shall be due on or before 8/19/2011; and

Oral argument, if desired shall be requested by 8/26/2011.

Dated this 17th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge