UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARLING REYNOLDS,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>             Defendant. | CASE NO. 11-CV-05185 JRC<br><br>ORDER |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 19.)

After reviewing the stipulated motion and the remaining record, the Court grants the motion to reverse and remand, and reverses and remands this matter to the administration,

ORDER - 1

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The Administrative Law Judge assigned to this matter following remand ("the ALJ") will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will re-evaluate and further develop the medical evidence and record;
- The ALJ will re-evaluate steps two and three of the sequential evaluation process;
- The ALJ will obtain a physical consultative examination;
- The ALJ will re-evaluate plaintiff's residual functional capacity ("RFC") pursuant to Social Security Ruling ("SSR") 96-8p;
- The ALJ will re-evaluate steps four and five with the assistance of a vocational expert, if necessary.

The ALJ should take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

The parties agree that reasonable attorney fees should be awarded, following proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is for plaintiff and this case should be closed.

Dated this 12th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2